| Form 668 (Z) (Rev. 10-2000) | 16999 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #15 Lien Unit Phone: (800) 913-6050 | | **Serial Number** 349739319 | **For Use by Recording Office** 1:19-mc-00019 |

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ___April 25___ ___2019___, is authorized to note the books to show the release of this lien for these taxes and additions.

FILED
Clerk
District Court
JUN 25 2019
for the Northern Mariana Islands
By _____
(Deputy Clerk)

**Name of Taxpayer**
IMPERIAL PACIFIC INTERNATIONAL CNMI
CARMEN FERNANDEZ SOLE MBR

**Residence** PO BOX 10000 PMB 918
SAIPAN, MP 96950-8900

COURT RECORDING INFORMATION:
| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| n/a | n/a | n/a | 19-00019 |

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2016 | XX-XXX2760 | 03/06/2017 | 04/05/2027 | 60.42 |
| 941 | 03/31/2018 | XX-XXX2760 | 11/05/2018 | 12/05/2028 | 65645.80 |

**Place of Filing**
US DISTRICT COURT OF CNMI
PO BOX 500687
Saipan, MP 96950

Total $ 65706.22

This notice was prepared and signed at ___INTERNATIONAL, PR___, on this,

the ___12th___ day of ___June___, ___2019___.

**Signature** _Elwin Dean Curry_

**Title** Operations Manager, Centralized Lien Operation

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE     Form **668 (Z)** (Rev. 10-2000) CAT. NO 600261